DOUGLAS L. VINCENT, Respondent, v. THE CURRENT
RIVER RAILROAD COMPANY, Appellant.

St. Louis Court of Appeals, April 18, 1893.

Railroads: STATUTORY LIABILITY FOR KILLING OF STOCK. The evidence
in this cause is considered, and is *held* insufficient to conclusively
establish that the stock killed came upon the railway tracks at the
crossing of a public highway.

*Appeal from the Howell Circuit Court.*—HON. W. N.
EVANS, Judge.

AFFIRMED.

*Olden & Orr,* for appellant.

. No brief filed for respondent.

BIGGS, J.—This is an action under section 2611 of
the Revised Statutes of 1889 to recover double damages
for killing a steer, the property of the plaintiff. It was
alleged that the animal came upon the track of the
defendant's railroad at a point where the road ran
through uninclosed lands; that it was there struck and
killed by a locomotive; and that the railroad was not
fenced at the place where the steer came upon the
track. The cause was submitted to the court without
a jury, and judgment was entered for $30, being
double the value of the steer. The defendant has
appealed.

The killing of the animal, its value, that it was the
property of the plaintiff, and that the railroad was not
fenced, are conceded facts. The sole contention of
defendant's counsel is that all .the evidence tended to
prove that the steer came upon the track at the crossing
of a public highway. Our examination of the record
has led us to a different conclusion.

None of the plaintiff's witnesses saw the steer killed, but they testify to physical facts, which tended strongly to prove that the animal was knocked off the railroad track at a point from twelve to thirty feet west of a public highway by a train going east, and that, when the animal was struck, it was running east along the track toward the highway. On the other hand the defendant's witnesses testified that the train that killed the steer was running west; that he came from the south onto the railroad track at the road crossing, and that he was struck on the right side. The rebuttal evidence was to the effect that, up to the time the animal was killed, no train had gone west on that day, but that about that time one had gone east. It was also shown that the steer was struck on the left side, which, if true, thoroughly discredited the defendant's evidence.

It will be thus seen that the case was decided on conflicting testimony, which prevents us from interfering with the judgment. It will, therefore, be affirmed. All the judges concur.